Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDSEL RIES AND MONIKA RIES, husband and wife and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:19-cv-00787-RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having come on before the above-entitled court by stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Done this 13 day of August 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

*Presented By:*

By: *s/ Matthew S. Adams*
Matthew S. Adams, WSBA No. 18820

By: *s/ Galina K. Jakobson*
Galina Kletser Jakobson, WSBA No. 49501
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-1039
Telephone: (206) 689-8500
Email: MAdams@FoUm.law
GJakobson@FoUm.law
Attorneys for Defendant


KELLER ROHRBACK L.L.P.

By: *s/ William C. Smart*
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Attorneys for Plaintiffs Edsel Ries and Monika Ries

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:19-CV-00787-RSM

2436839 / 1377.0078

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX